UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

LAWRENCE LANE, On Behalf of Himself
And All Others Similarly Situated,

       Plaintiff,

vs.                                                                                          No. Civ-06-1071-JB-ACT

BARBARA PAGE, et al.,

       Defendants.

**DEFENDANT WESTLAND DEVELOPMENT CO., INC.'S RULE 7.1 DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Westland Development Co., Inc., states that it does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

       MODRALL, SPERLING, ROEHL, HARRIS
        & SISK, P.A.

       By:   */s/ Brian K. Nichols*
        Douglas G. Schneebeck
        Brian K. Nichols
        Attorneys for Westland Development Company, Inc.
        Post Office Box 2168
        Bank of America Centre
        500 Fourth Street NW, Suite 1000
        Albuquerque, New Mexico  87103-2168
        Telephone: 505.848.1800

        Greg Weselka
        Evan P. Singer
        JONES DAY
        2727 N. Harwood St.
        Dallas, Texas 75201
        Telephone:  214-220-3939
        Facsimile:  214-969-5100

## CERTIFICATE OF SERVICE

I CERTIFY that on the 6th day of October 2008, I filed the foregoing document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Nicholas Koluncich III, Esq.<br>LAW OFFICES OF NICHOLAS KOLUNCICH III, LLC<br>6501 Americas Parkway NE<br>One Park Square – Suite 620<br>Albuquerque, NM 87107-5375<br>(505) 881-2228 (phone)<br>(505) 881-4288 (fax)<br><br>Darren J. Robbins, Esq.<br>Randall J. Baron, Esq.<br>Amber L. Eck, Esq.<br>LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058 (phone)<br>(619) 231-7423 (fax)<br><br>Attorneys for Plaintiff Lawrence Lane | Luis Stelzner, Esq.<br>Juan Flores, Esq.<br>SHEEHAN, SHEEHAN & STELZNER, P.A<br>707 Broadway, N.E., Suite 300<br>Albuquerque, New Mexico 87103<br>(505) 247-0411 (phone)<br><br>Jesse Z. Weiss, Esq.<br>Paul R. Bessette, Esq.<br>AKIN GUMP STRAUSS HAUER & FELD<br>300 W. 6th Street, Suite 2100<br>Austin, Texas 78701<br>(512) 499-6204 (phone)<br><br>Attorneys for Defendants Barbara Page, Sosimo S. Padilla, Joe S. Chavez, Josie Castillo, Charles V. Pena, Georgia Baca, Troy K. Benavidez, Ray Mares, Jr. and Randolph M. Sanchez |
| Richard A. Sandoval, Esq.<br>Branch Law Firm<br>2025 Rio Grande Blvd. N.W.<br>Albuquerque, NM 87104<br>505.243.3500 (telephone)<br>505.243.3534 (fax)<br><br>Attorneys for Frank Martin | |

**MODRALL SPERLING ROEHL HARRIS**
    **& SISK, P.A.**

By:   */s/ Brian K. Nichols*
      Brian K. Nichols

K:\dox\CLIENT\76483\121\W0890067.DOC

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.