IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| LAWRENCE LANE, On Behalf of Himself, and All Others Similarly Situated,<br><br>Plaintiff,<br><br>- against -<br><br>BARBARA PAGE, SOSIMO S. PADILLA, JOE S. CHAVEZ, JOSIE CASTILLO, CHARLES V. PENA, GEORGIA BACA, TROY K. BENAVIDEZ, RAY MARES, JR., RANDOLPH M. SANCHEZ, WESTLAND DEVELOPMENT COMPANY, INC., SUNCAL COMPANIES GROUP, THE D. E. SHAW GROUP, D. E. SHAW & CO. L.P., D. E. SHAW REAL ESTATE PORTFOLIOS 1, L.L.C. ("DESCO REAL ESTATE"), D. E. SHAW & CO., LLC, D. E. SHAW & CO., INC., D. E. SHAW INVESTMENT GROUP, LLC, D. E. SHAW & CO. II, INC., GEORGE RIZK and ANNE DINNING,<br><br>Defendants. | No. 06-cv-1071-JB-ACT |

**CORPORATE DISCLOSURE STATEMENT OF THE
D.E. SHAW & CO.-RELATED DEFENDANTS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for the D. E. Shaw & Co.-related defendants certifies that D. E. Shaw & Co., L.P. is a limited partnership and D. E. Shaw Real Estate Portfolios 1, LLC; D. E. Shaw & Co., LLC; D. E. Shaw & Co., Inc.; D. E. Shaw Investment Group, LLC; and D. E. Shaw & Co. II, Inc. are each non-public companies, and that none of these entities is owned or controlled in whole or in part by a public company, other than D. E. Shaw & Co., L.P. and D. E. Shaw & Co., LLC, which are each owned 20 percent by ARS Holdings II, LLC, a non-public company, which in turn is an affiliated entity of Lehman Brothers Holdings, Inc., a public

company currently in Chapter 11 proceedings in the U.S. Bankruptcy Court for the Southern District of New York. In addition, the defendant "The D. E. Shaw Group" is not a legal entity.

Dated: March 18, 2009

HOLLAND & HART LLP

By:    /s/ Trent A. Howell
      Trent A. Howell
      Jacqueline Davis
      Post Office Box 2208
      Santa Fe, NM 87504
      (505) 988-4421

-and-

STEPTOE & JOHNSON LLP

John D. Lovi
Lara E. Romansic
Michelle M. Oliver
750 Seventh Avenue
New York, New York 10019
(212) 506-3900

*Attorneys for Defendants*
*The D. E. Shaw Group, D. E. Shaw & Co. L.P.,*
*D. E. Shaw Real Estate Portfolios 1, LLC,*
*D. E. Shaw & Co., LLC, D. E. Shaw & Co., Inc.,*
*D. E. Shaw Investment Group, LLC, D. E. Shaw &*
*Co. II, Inc., George Rizk and Anne Dinning*

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 18, 2009 I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the following e-mail and/or fax addresses:

Juan L Flores jlf@ssslawfirm.com, jg@ssslawfirm.com

Trent A. Howell tahowell@hollandhart.com, intaketeam@hollandhart.com, lortiz@hollandhart.com

Nicholas Koluncich nkoluncich@newmexicoclassactions.com

Brian K Nichols bkn@modrall.com, doloress@modrall.com

Richard A Sandoval Rick@richardsandovallawoffice.com

Douglas G Schneebeck dschneebeck@modrall.com, susanb@modrall.com

Paul R. Bessette bessettep@gtlaw.com, cisnerosc@gtlaw.com, daviskg@gtlaw.com, johnsonda@gtlaw.com, worshamj@gtlaw.com

Darren J Robbins e_file_sd@csgrr.com

G Paul Howes paulh@csgrr.com

Randall J Baron rbaron@csgrr.com

Joe Kendall jkendall@kendalllawgroup.com, administrator@kendalllawgroup.com, hlindley@kendalllawgroup.com

Evan P Singer epsinger@jonesday.com, gweselka@jonesday.com, kschillo@jonesday.com, mmwalters@jonesday.com

Jesse Z. Weiss weissjz@gtlaw.com

Kimberly G. Davis daviskg@gtlaw.com, johnsonda@gtlaw.com, worshamj@gtlaw.com

Yusuf A. Bajwa bajway@gtlaw.com, johnsonda@gtlaw.com, worshamj@gtlaw.com

David W. Mitchell davidm@csgrr.com

Brian O. O'Mara bo'mara@csgrr.com

Danielle S. Myers danim@csgrr.com

John D. Lovi jlovi@steptoe.com

Lara E. Romansic lromansic@steptoe.com

Michelle M. Oliver moliver@steptoe.com

Christopher W. Ahart ahartc@gtlaw.com

Jacqueline E. Davis jedavis@hollandhart.com

Greg Weselka 214-969-5100

                                                                               */s/ Trent A. Howell*  
                                                                               Trent A. Howell

4476180_1.DOC