IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LAWRENCE LANE, On Behalf of Himself,
and All Others Similarly Situated,

        Plaintiff,

vs.                                                                                 No. CIV 06-1071 JB/ACT

BARBARA PAGE, SOSIMO PADILLA,
JOE S. CHAVEZ, JOSIE CASTILLO, CHARLES V.
PENA, GEORGIA BACA, TROY K. BENAVIDEZ,
RAY MARES, JR., RANDOLPH M. SANCHEZ,
WESTLAND DEVELOPMENT COMPANY, INC,
SUNCAL COMPANIES GROUP, THE D.E. SHAW
GROUP, D.E. SHAW & CO. L.P., D.E. SHAW
REAL ESTATE PORTFOLIOS 1, L.L.C., ("DESCO
REAL ESTATE"), D.E. SHAW & CO., LLC,
D.E. SHAW & CO., INC., D.E. SHAW INVESTMENT
GROUP, LLC, D.E. SHAW & CO. II, INC.,
GEORGE RIZK and ANNE DINNING,

        Defendants.

## ORDER

**THIS MATTER** comes before the Court on the Lead Plaintiff's Opposed Motion for Leave to Amend Complaint Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, filed July 15, 2009 (Doc. 176). The Court held a hearing on October 26, 2009. The primary issue is whether the Court should grant Plaintiff Lawrence Lane leave to file an amended complaint in this matter. The Court grants the motion to amend. The Court will issue a Memorandum Opinion at a later date fully setting forth its rationale for the decision. Plaintiff Lawrence Lane will have ten days to file his Amended Complaint, running from the date that the Court issues the referenced Memorandum Opinion. Lane should not file his Amended Complaint until he sees and reviews the Court's Memorandum Opinion.

**IT IS ORDERED** that the Lead Plaintiff's Opposed Motion for Leave to Amend Complaint Pursuant to Rule 15(a)(2)of the Federal Rules of Civil Procedure is granted.[1]

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Nicholas Koluncich, III
Law Offices of Nicholas Koluncich
Albuquerque, New Mexico

-- and --

Joe Kendall
Provost Umphrey Law Firm, LLP
Dallas, Texas

-- and --

Darren J. Robbins
Brian O. O'Mara
G. Paul Howe
Randall J. Baron
David W. Mitchell
Danielle S. Myers
Coughlin Stoia Geller Rudman & Robbins, LLP
San Diego, California

   *Attorneys for the Plaintiffs*

---

[1] This Order disposes of the motion at issue. The Court will, however, at a later date issue an opinion more fully detailing its rationale for this decision.

Douglas G. Schneebeck
Brian K. Nichols
Modrall Sperling Roehl Harris & Sisk, P.A.
Albuquerque, New Mexico

>	*Attorneys for Defendants Westland Development Company, Inc.*
>	   *and SunCal Companies Group*

Greg L. Weselka
Evan P. Singer
Jones Day
Dallas, Texas

>	*Attorneys for Defendant SunCal Companies Group*

Juan L. Flores
Sheehan Sheehan & Stelzner
Albuquerque, New Mexico

-- and --

Paul Bessette
Jesse Z. Weiss
Kimberly G. Davis
Christopher W. Ahart
Yusuf A. Bajwa
Greenberg Traurig, LLP
Austin, Texas

>	*Attorneys for Defendants Barbara Page, Sosimo S. Padilla, Joe E. Chavez,*
>	   *Josie Castillo, Charles V. Pena, Georgia Baca, Troy K. Benavidez,*
>	   *Ray Mares, Jr., and Randolph M. Sanchez*

Trent A. Howell
Jacqueline E. Davis
Holland & Hart, LLP
Santa Fe, New Mexico

-- and --

John D. Lovi
Lara E. Romansic
Michelle M. Oliver
Steptoe & Johnson, LLP
New York, New York

-- and --

John T. Neumann
Steptoe & Johnson, LLP
Phoenix, Arizona

> *Attorneys for Defendants D.E. Shaw Group, D.E. Shaw & Co. L.P.,*
>   *D.E. Shaw Real Estate Portfolios 1, L.L.C., D.E. Shaw & Co. LLC,*
>   *D.E. Shaw & Co., Inc., D.E. Shaw Investment Group, LLC,*
>   *D.E. Shaw & Co. II, Inc., George Rizk, and Anne Dinning*