UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| LAWRENCE LANE, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | No. Civ-06-1071-JB-ACT |
| | ) ) | <u>CLASS ACTION</u> |
| Plaintiff, | ) ) | |
| vs. | ) ) | DECLARATION OF LAWRENCE LANE IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT |
| BARBARA PAGE, et al., | ) ) | |
| Defendants. | ) ) | |
| | ) | |

680521_1

I, LAWRENCE LANE, declare as follows:

1.      I respectfully submit this Declaration in support of Final Approval of the Class Action Settlement.  I have personal knowledge of the statements herein and, if called as a witness, could and would testify competently thereto.

2.      At the time I commenced the Federal Action on November 3, 2006, I held 48 shares of Westland Development Company, Inc. stock.

3.      As the Court-appointed Lead Plaintiff and Class Representative in this case, I believe I zealously performed my role as a fiduciary on behalf of the Class.  I spent approximately 270 hours prosecuting this case, which time included:

(a)      meeting and working with counsel until midnight on November 2, 2006 to prepare the initial Complaint and Application for Temporary Restraining Order ("TRO") filed on November 3, 2006;

(b)      attending and testifying at the five-hour TRO hearing on November 3, 2006;

(c)      seeking appointment as Lead Plaintiff and serving as the Court-appointed Lead Plaintiff and Class Representative;

(d)      working with counsel to prepare each of the complaints filed in this case;

(e)      actively participating in the litigation and providing input into the prosecution of the case, including by personally appearing at ten hearings and status conferences in this action over the past five years, actively responding to discovery, sitting for my deposition in 2008, and attending many of the depositions of the defendants that occurred in the Fall of 2010;

(f)      keeping informed of the progress of the case and routinely communicating and conferring with counsel;

- 1 -

(g)     reviewing and/or discussing most of the pleadings and motions filed in this action, including those filed in connection with the settlement;

(h)     periodically evaluating plaintiffs' claims and defendants' defenses with counsel as the case progressed and providing input with respect to our litigation and settlement strategy;

(i)     participating in the settlement negotiations by, among other things, attending the June 2008 mediation session; and

(j)     approving the settlement of the case.

4.     From late 2006 through early 2011, I reviewed, commented on, and/or approved many of the pleadings, motions and discovery filed by my counsel before they were filed, reviewed many of defendants' pleadings, motions and discovery, and worked with counsel to prosecute and ultimately resolve this case in late 2011.

5.     After a lengthy investigation and litigation process which has now been going on for more than five years and a difficult negotiation process which took place over a period of approximately six months, in November 2011, I authorized Lead Counsel to settle this action.

6.     I believe that, in light of what I understand to be the liability, damages, risks, and statute of limitations issues presented in the Litigation, this settlement represents a favorable recovery on behalf of the Class and is a fair, reasonable and adequate compromise of the Litigation. I believe the settlement should be approved by the Court as it is in the best interests of the Class.

- 2 -

7.    I also support the attorneys' fee and expense payment as I believe it is fair and reasonable in light of the extraordinary effort I witnessed counsel expend, the complexity of the action, the substantial expenditures made by Lead Counsel on behalf of the Class, and the significant financial recovery achieved by Plaintiffs' Counsel via their Litigation efforts over the past five years.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 27th day of January, 2012, at San Diego, California.

LAWRENCE LANE

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 27, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 27, 2012.

s/ Darren J. Robbins
DARREN J. ROBBINS

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  darrenr@rgrdlaw.com

# Mailing Information for a Case 1:06-cv-01071-JB-ACT

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Christopher W. Ahart**
  ahartc@gtlaw.com

- **Yusuf A. Bajwa**
  bajway@gtlaw.com,worshamj@gtlaw.com,bryankat@gtlaw.com

- **Randall J Baron**
  rbaron@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Paul R. Bessette**
  bessettep@gtlaw.com,worshamj@gtlaw.com,daviskg@gtlaw.com,cisnerosc@gtlaw.com,auslitdock@gtlaw.com

- **Jacqueline E. Davis**
  jedavis@hollandhart.com,rsougstad@hollandhart.com,intaketeam@hollandhart.com

- **Kimberly G. Davis**
  daviskg@gtlaw.com,worshamj@gtlaw.com,bryankat@gtlaw.com

- **Paul M. Fish**
  pfish@modrall.com,michelle@modrall.com

- **Juan L Flores**
  jflores@stelznerlaw.com,jd@stelznerlaw.com,jgarcia@stelznerlaw.com

- **Jay D Hertz**
  jdh@sutinfirm.com,njf@sutinfirm.com

- **Joe Kendall**
  jkendall@kendalllawgroup.com,administrator@kendalllawgroup.com,hlindley@kendalllawgroup.com

- **Nicholas Koluncich**
  nkoluncich@newmexicoclassactions.com,lisay@newmexicoclassactions.com

- **John D. Lovi**
  jlovi@steptoe.com

- **Frank Martin**
  rsandoval@branchlawfirm.com

- **Kristina Martinez**
  kemartinez@rothsteinlaw.com,lstroud@rothsteinlaw.com

- **David W. Mitchell**
  davidm@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com,lmix@rgrdlaw.com

- **Brian K Nichols**
  bkn@modrall.com,doloress@modrall.com

- **Brian O. O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Michelle M. Oliver**
  moliver@steptoe.com

- **Michelle Ostrye**
  mko@sutinfirm.com,njf@sutinfirm.com,tlr@sutinfirm.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com

- **Lara E. Romansic**
  lromansic@steptoe.com

- **Richard A Sandoval**
  Rick@richardsandovallawoffice.com

- **Douglas G Schneebeck**
  dschneebeck@modrall.com,victoriaa@modrall.com,jlovi@steptoe.com,ericp@modrall.com

- **Mark F. Sheridan**
  msheridan@hollandhart.com,rsougstad@hollandhart.com,intaketeam@hollandhart.com

- **Andrew J. Simons**
  ajs@sutinfirm.com,amp@sutinfirm.com

- **Jesse Z. Weiss**
  weissjz@gtlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Lani A Adler
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022-6030
```