UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

| | |
|---|---|
| LAWRENCE LANE, On Behalf of Himself and All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>  vs.<br><br>BARBARA PAGE, et al.,<br><br>                 Defendants. | ) No. Civ-06-1071-JB-ACT<br>)<br>) <u>CLASS ACTION</u><br>)<br>) DECLARATION OF JEFFREY D. LIGHT<br>) FILED ON BEHALF OF ROBBINS GELLER<br>) RUDMAN & DOWD LLP IN SUPPORT OF<br>) AWARD OF ATTORNEYS' FEES AND<br>) EXPENSES<br>)<br>) |

680136_1

I, JEFFREY D. LIGHT, declare as follows:

1.      I am a member of the firm Robbins Geller Rudman & Dowd LLP.  I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2.      This firm is counsel of record for Lead Plaintiff Lawrence Lane.

3.      The identification and background of my firm and its partners is attached hereto as Exhibit A.

4.      The total number of hours spent on this litigation by my firm is more than 11,800  The total lodestar amount for attorney/paraprofessional time based on the firm's current rates is $6,021,427.75.

5.      My firm incurred more than $607,476.97 in expenses in connection with the prosecution of this litigation.  They are broken down as follows:

## *EXPENSES*

From Inception to January 26, 2012

| *Disbursement* | | *Total* |
|---|---|---|
| Meals, Hotels & Transportation | | 109,903.31 |
| Photocopies | | 120,893.36 |
| Outside: | $77,801.61 | |
| In-House: (172,367 copies at $0.25 per page) | 43,091.75 | |
| Postage | | 1,009.63 |
| Telephone, Facsimile | | 3,248.50 |
| Messenger, Overnight Delivery | | 10,904.52 |
| Filing, Witness & Other Fees | | 13,743.77 |
| Court Reporters | | 76,461.23 |
| Lexis, Westlaw, Online Library Research | | 67,517.42 |
| Mediation Fees | | 17,939.41 |
| Susan M. Conway | $ 6,889.41 | |
| JAMS Inc. | 11,050.00 | |

| Experts/Consultants/Investigators | | 185,698.53 |
|---|---|---|
| Finecon Partners | $47,942.27 | |
| Innisfree M&A Incorporated | 38,229.75 | |
| Interhack Corporation | 1,000.00 | |
| John Blatnik & Associates Inc. | 5,989.84 | |
| John F. Howden & Associates Inc. | 12,500.00 | |
| Law Offices of Nicholas Koluncich III, LLC (reimbursement for payment to Sutin, Thayer & Browne, APC) | 3,500.00 | |
| Lowenstein Sandler P.C. | 10,809.41 | |
| Moss Adams LLP | 14,647.50 | |
| Philip T. Ganderton | 10,973.26 | |
| RGL (Forensic Accountants) | 36,356.50 | |
| William M. Cobb & Associates Inc. | 3,750.00 | |
| Miscellaneous – Offsite Client Document Storage | | 157.29 |
| **TOTAL:** | | **$607,476.97** |

6. The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records and other documents and are an accurate record of the expenses.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of January, 2012, at San Diego, California.

_____
JEFFREY D. LIGHT

CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 27, 2012.

    s/ Darren J. Robbins
    DARREN J. ROBBINS

    ROBBINS GELLER RUDMAN
        & DOWD LLP
    655 West Broadway, Suite 1900
    San Diego, CA  92101-3301
    Telephone:  619/231-1058
    619/231-7423 (fax)

    E-mail:  darrenr@rgrdlaw.com

680136_1

## Mailing Information for a Case 1:06-cv-01071-JB-ACT

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Christopher W. Ahart**
  ahartc@gtlaw.com

- **Yusuf A. Bajwa**
  bajway@gtlaw.com,worshamj@gtlaw.com,bryankat@gtlaw.com

- **Randall J Baron**
  rbaron@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Paul R. Bessette**
  bessettep@gtlaw.com,worshamj@gtlaw.com,daviskg@gtlaw.com,cisnerosc@gtlaw.com,auslitdock@gtlaw.com

- **Jacqueline E. Davis**
  jedavis@hollandhart.com,rsougstad@hollandhart.com,intaketeam@hollandhart.com

- **Kimberly G. Davis**
  daviskg@gtlaw.com,worshamj@gtlaw.com,bryankat@gtlaw.com

- **Paul M. Fish**
  pfish@modrall.com,michelle@modrall.com

- **Juan L Flores**
  jflores@stelznerlaw.com,jd@stelznerlaw.com,jgarcia@stelznerlaw.com

- **Jay D Hertz**
  jdh@sutinfirm.com,njf@sutinfirm.com

- **Joe Kendall**
  jkendall@kendalllawgroup.com,administrator@kendalllawgroup.com,hlindley@kendalllawgroup.com

- **Nicholas Koluncich**
  nkoluncich@newmexicoclassactions.com,lisay@newmexicoclassactions.com

- **John D. Lovi**
  jlovi@steptoe.com

- **Frank Martin**
  rsandoval@branchlawfirm.com

- **Kristina Martinez**
  kemartinez@rothsteinlaw.com,lstroud@rothsteinlaw.com

- **David W. Mitchell**
  davidm@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com,lmix@rgrdlaw.com

- **Brian K Nichols**
  bkn@modrall.com,doloress@modrall.com

- **Brian O. O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Michelle M. Oliver**
  moliver@steptoe.com

- **Michelle Ostrye**
  mko@sutinfirm.com,njf@sutinfirm.com,tlr@sutinfirm.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com

- **Lara E. Romansic**
  lromansic@steptoe.com

- **Richard A Sandoval**
  Rick@richardsandovallawoffice.com

- **Douglas G Schneebeck**
  dschneebeck@modrall.com,victoriaa@modrall.com,jlovi@steptoe.com,ericp@modrall.com

- **Mark F. Sheridan**
  msheridan@hollandhart.com,rsougstad@hollandhart.com,intaketeam@hollandhart.com

- **Andrew J. Simons**
  ajs@sutinfirm.com,amp@sutinfirm.com

- **Jesse Z. Weiss**
  weissjz@gtlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Lani A Adler
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022-6030
```