UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

| | |
|---|---|
| LAWRENCE LANE, On Behalf of Himself And All Others Similarly Situated,<br><br>                Plaintiff,<br>v.<br><br>BARBARA PAGE, et al.,<br><br>                Defendants. | No. Civ-06-1071-JB-ACT<br><br>CLASS ACTION<br><br>**AMENDED CERTIFICATE OF SERVICE RE: MILLER BARONDESS, LLP'S OBJECTION TO USE OF SETTLEMENT FUNDS IN COURT REGISTRY FOR SETTLEMENT** |

108214.1

AMENDED CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2012, I authorized the electronic filing of Miller Barondess, LLP's Objection to Use of Settlement Funds in Court Registry for Settlement with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 14, 2012, at Los Angeles, California.

DATED: February14, 2012               By: _____
                                           VERONICA S. GUNDERSON

                                           MILLER BARONDESS, LLP
                                           1999 Avenue of the Stars, Suite 1000
                                           Los Angeles, California 90067
                                           Tel: 310-552-4400
                                           Fax: 310-552-8400

                                           E-mail: vgunderson@millerbarondess.com

1

108214.1

# Mailing Information for a Case 1:06-cv-01071-JB-ACT

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Christopher W. Ahart**
  ahartc@gtlaw.com

- **Yusuf A. Bajwa**
  bajway@gtlaw.com,worshamj@gtlaw.com,bryankat@gtlaw.com

- **Randall J Baron**
  rbaron@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Paul R. Bessette**
  bessettep@gtlaw.com,worshamj@gtlaw.com,daviskg@gtlaw.com,cisnerosc@gtlaw.com,auslitdock@gtlaw.com

- **Jacqueline E. Davis**
  jedavis@hollandhart.com,rsougstad@hollandhart.com,intaketeam@hollandhart.com

- **Kimberly G. Davis**
  daviskg@gtlaw.com,worshamj@gtlaw.com,bryankat@gtlaw.com

- **Paul M. Fish**
  pfish@modrall.com,michelle@modrall.com

- **Juan L Flores**
  jflores@stelznerlaw.com,jd@stelznerlaw.com,jgarcia@stelznerlaw.com

- **Jay D Hertz**
  jdh@sutinfirm.com,njf@sutinfirm.com

- **Joe Kendall**
  jkendall@kendalllawgroup.com,administrator@kendalllawgroup.com,hlindley@kendalllawgroup.com

- **Nicholas Koluncich**
  nkoluncich@newmexicoclassactions.com,lisay@newmexicoclassactions.com

- **John D. Lovi**
  jlovi@steptoe.com

- **Frank Martin**
  rsandoval@branchlawfirm.com

- **Kristina Martinez**
  kemartinez@rothsteinlaw.com,lstroud@rothsteinlaw.com

- **David W. Mitchell**
  davidm@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com,lmix@rgrdlaw.com

- **Brian K Nichols**
  bkn@modrall.com,doloress@modrall.com

- **Brian O. O'Mara**
  bomara@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Michelle M. Oliver**
  moliver@steptoe.com

- **Michelle Ostrye**
  mko@sutinfirm.com,njf@sutinfirm.com,tlr@sutinfirm.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com

- **Lara E. Romansic**
  lromansic@steptoe.com

- **Richard A Sandoval**
  Rick@richardsandovallawoffice.com

- **Douglas G Schneebeck**
  dschneebeck@modrall.com,victoriaa@modrall.com,jlovi@steptoe.com,ericp@modrall.com

- **Mark F. Sheridan**
  msheridan@hollandhart.com,rsougstad@hollandhart.com,intaketeam@hollandhart.com

- **Andrew J. Simons**
  ajs@sutinfirm.com,amp@sutinfirm.com

- **Jesse Z. Weiss**
  weissjz@gtlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Lani A Adler
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022-6030
```

3