# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

LAWRENCE LANE, On Behalf of Himself,
and All Others Similarly Situated,

       Plaintiff,

vs.                                                                        No. CIV 06-1071 JB/ACT

BARBARA PAGE, SOSIMO S. PADILLA, JOE S.
CHAVEZ, JOSIE CASTILLO, CHARLES V. PENA,
GEORGIA BACA, TROY K. BENAVIDEZ, RAY
MARES, JR., RANDOLPH M. SANCHEZ,
WESTLAND DEVELOPMENT COMPANY, INC.,
SUNCAL COMPANIES GROUP, THE D.E. SHAW
GROUP, D.E. SHAW & CO. L.P., D.E. SHAW
REAL ESTATE PORTFOLIOS 1, LLC, ("DESCO
REAL ESTATE"), D.E. SHAW & CO., LLC, D.E.
SHAW & CO., INC., D.E. SHAW INVESTMENT
GROUP, LLC, D.E. SHAW & CO. II, INC.,
GEORGE RIZK, ANNE DINNING, SCC NM
MEMBER LLC, SCC WESTLAND VENTURE
LLC, WESTLAND HOLDCO, INC., SCC
ACQUISITION CORP, SCC ACQUISITIONS INC,
WESTLAND SPE GP, LLC, WESTLAND DEVCO,
LP, and WESTLAND DEVCO, LLC,

       Defendants.

## FINAL JUDGMENT

       **THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order, filed May 22, 2012 (Doc. 420)("MOO"). In the MOO, the Court approved the Stipulation of Settlement, filed December 9, 2011 (Doc. 363)("Settlement") and granted the Lead Plaintiff's Notice of Motion and Motion for Final Approval of Class Action Settlement, filed January 27, 2012 (Doc. 370). The Court also approved the attorney's fees award, an award of class counsel's expenses, and an award of reasonable costs and expenses to Plaintiff Lawrence Lane. See MOO at

126, 131.  The Court certifies the class, defined as all person -- other than those who timely and validly requested exclusion from the class -- who held outstanding shares of Westland Development Company common stock at the close of business on September 18, 2006.  Excluded from the class are the Defendants, all of the officers and directors of the defendants, their immediate families, their legal representatives, heirs, successors and/or assigns, and any entity in which any Defendant has a controlling interest.  The parties agree that all claims, "which have been or could have been asserted by any Class member arising from or relating in any way to the facts that were or could have been alleged in the Litigation challenging the Merger or the related disclosures" are "finally and fully compromised, settled, and released."  Settlement at 7, 16.  Because the Court's MOO resolved all matters pending before the Court, the Court now enters final judgment.

      **IT IS ORDERED** that all of the claims Plaintiff Lawrence Lane, individually and on behalf of all others similarly situated, brought against the Defendants are dismissed with prejudice, this case is dismissed, and final judgment is entered.

                                               _____
                                               UNITED STATES DISTRICT JUDGE

*Counsel:*

Joe Kendall
Provost Umphrey Law Firm, LLP
Dallas, Texas

-- and --

Nicholas Koluncich, III
Law Offices of Nicholas Koluncich
Albuquerque, New Mexico

-- and --

Darren J. Robbins
Brian O. O'Mara
G. Paul Howe
Randall J. Baron
David W. Mitchell
Danielle S. Myers
Robbins Geller Rudman & Dowd LLP
San Diego, California

    *Attorneys for the Plaintiffs*

Paul M. Fish
Douglas G. Schneebeck
Brian K. Nichols
Modrall Sperling Roehl Harris & Sisk, P.A.
Albuquerque, New Mexico

    *Attorneys for Defendants Westland Development Company, Inc.,*
      *SCC Acquisition Corp., and SunCal Companies Group*

Paul Bessette
Jesse Z. Weiss
Kimberly G. Davis
Christopher W. Ahart
Yusuf A. Bajwa
Greenberg Traurig, LLP
Austin, Texas

-- and --

Juan L. Flores
Stelzner, Winter, Warburton, Flores, Sanchez & Dawes, P.A.
Albuquerque, New Mexico

    *Attorneys for Defendants Barbara Page, Sosimo S. Padilla, Joe E. Chavez,*
      *Josie Castillo, Charles V. Pena, Georgia Baca, Troy K. Benavidez,*
      *Ray Mares, Jr., and Randolph M. Sanchez*

Mark F. Sheridan
Jacqueline E. Davis
Holland & Hart, LLP
Santa Fe, New Mexico

-- and --

John D. Lovi
Lara E. Romansic
Michelle M. Oliver
Steptoe & Johnson, LLP
New York, New York

>    *Attorneys for Defendants D.E. Shaw Group, D.E. Shaw & Co. L.P.,*
>      *D.E. Shaw Real Estate Portfolios 1, LLC, D.E. Shaw & Co. LLC,*
>      *D.E. Shaw & Co., Inc., D.E. Shaw Investment Group, LLC,*
>      *D.E. Shaw & Co. II, Inc., George Rizk, and Anne Dinning*

Matthew A. Rappaport
Miller Stratvert P.A.
Albuquerque, New Mexico

>    *Attorney for Objector Interlegis, Inc.*

Alan R. Wilson
Wilson Law Firm, P.C.
Albuquerque, New Mexico

>    *Attorneys for Objector Stephens Property Co., LLC*

Veronica S. Gunderson
Miller Barondess, LLP
Los Angeles, California

>    *Attorneys for Objector Miller Barondess, LLP*

George A. Barton
Law Offices of George A. Barton, P.C.
Kansas City, Missouri

-- and --

Marcus Garcia
Albuquerque, New Mexico

>    *Attorneys for Individual Objectors Diana Armijo, Barbara Armijo*
>      *Joshua Moralez, Patricia Baros, Lori Moralez, the Agnes B.*
>      *Sanchez Revocable Trust, Larry Moralez, Anita Lucero, Angela*
>      *Otero, and Chris Lujan*